UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KISTLER,<br><br>   Plaintiff,<br><br>  v.<br><br>CABLECOM, LLC, et al.,<br><br>   Defendant. | 21-cv-08258-VC<br><br>**JUDGMENT** |

  Judgment is entered in accordance with the order granting the motion to compel arbitration and dismissing this case without prejudice. *See* Dkt. No. 31. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED.**

Dated: January 26, 2022

_____
VINCE CHHABRIA
United States District Judge